**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carl A. Sonetti                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-21272 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Trustee of Reliant Trust, Series RIF and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
PA Western BK
16 Jul 2024, 14:46:34, EDT

Denise Carlon, Esq. (317226) ☐
Brent Lemon, Esq. (86478) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: a0c3559fcedec97b952d77cfd1dcc5b452fa4cd41c65f4ba714cad495e8612d1